UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHRISTOPHER EUBANKS, | CIVIL NO. 15-2677 (PJS/DTS) |
| Petitioner, | |
| v. | ORDER |
| WARDEN DENESE WILSON, | |
| Respondent. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated April 30, 2017. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. The habeas petition is DENIED; and

2. This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 5/25/17

s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Court Judge